# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Tri–Valley Corporation
    Debtor

Bankruptcy Case No.: 12–12291–MFW

Bankruptcy Chapter: 7

Charles A. Stanziale Jr.

    Plaintiff

Adv. Proc. No.: 14–50443–MFW

    vs.

ARRC Technology, Inc.

    Defendant(s)

**JUDGMENT BY DEFAULT**

On 11/7/14, default was entered against defendant(s) ARRC Technology, Inc. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) ARRC Technology, Inc. in the amount of $14,636.61.

In addition, interest is hereby awarded to plaintiff at the rate provided in 28 U.S.C. 1961.

Date: 11/17/14

*David D. Bird*

Clerk of Court

(VAN–433a)